ACCEPTED
12-14-00109-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/11/2015 5:01:52 PM
Pam Estes
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/11/2015 5:01:52 PM

PAM ESTES
Clerk

September 11, 2015

Cathy Lusk
Clerk of The Court
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

> RE:  Brandon Medford v. State
> Appeal Number:  12-14-00109-CR
> Trial Number:  114-1087-12
> Smith County

Dear Mrs. Lusk:

In accordance with Rule 48.4,  I certify that I sent a copy of this Court's Judgment to Brandon Medford at his last known address.  The attached copy of the green certified return receipt card is enclosed.  This judgment was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Enclosure:  Return Receipt Card
Return Envelope

CC:  Michael West
Smith County District Attorney's Office

Client

---

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7013 2630 0000 4405 3927

| | | Postmark Here |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To _Brandon Medford_

Street, Apt. No.; or PO Box No. _206 E. Elm St._

City, State, ZIP+4 _Tyler, TX 75702_

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRANDON MEDFORD
C/O SMITH COUNTY JAIL
206 E. ELM ST.
TYLER, TX 75702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
D. Rawls                          9-8-15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 2630 0000 4405 3927

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540